IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**CALLIE BROCK**                                                                                     **PLAINTIFF**

v.                                                         CIVIL ACTION NO.: 2:21-cv-00115-TBM-RPM

**JEFFERY WRIGHT AND KRISTIE WRIGHT**               **DEFENDANTS**

                                                                                    **JURY TRIAL REQUESTED**

## COMPLAINT

COMES NOW, the Plaintiff, Callie Brock, by and through counsel, and brings this her complaint suit against the defendants, Jeffery and Kristie Wright, and in support thereof would show unto the Court the following, to-wit:

### PARTIES AND JURISDICTION

**I.**

The plaintiff, Callie Brock, is an adult bonafide resident citizen of the State of Louisiana, Parish of Washington, residing at 37002 Hwy 1055, Mount Hermon, Louisiana 70450.

The defendants, Jeffery and Kristie Wright, husband, and wife, are adult bonafide resident citizens of Marion County, Mississippi, residing at 255 Ervin Rd., Sandy Hook, Mississippi 39478.

This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332 as this complaint seeks damages in excess of $75,000, and there exists complete diversity of citizenship between the parties.

## FACTS

### II.

At all times material hereto, Defendants owned, controlled, and/or cared for three dogs, a Labrador Retriever, a Pit Bull, and a mixed breed dog (hereinafter "the Dogs"), and has owned them for a number of years.

### III.

At all times material hereto, defendants lived with the Dogs at their residence located at 255 Ervin Rd., Sandy Hook, Mississippi 39478 (hereinafter "the Property").

### IV.

The plaintiff would show unto the court that the defendants herein did not display any signs at the Property indicating that anyone should be aware of bad or vicious dogs, and the Defendants did not take any action to secure the Property the prevent the Dogs from attacking persons.

### V.

The Dogs displayed a history of dangerous or vicious behavior of which the owners knew from previous complaints by other people.

### VI.

On January 29, 2021, Plaintiff, as an employee of Federal Express Corporation, was delivering a package to Defendants at the Property. She would show that without any provocation on her part, and without any warning, all three dogs ran after her, barking and growling, and the Labrador Retriever viciously attacked Plaintiff biting her on her left shoulder, back, and right elbow.

VII.

The Dogs were roaming freely without a chain or leash, and the Property had no signs warning the public of any dangerous dogs on the property.

## CAUSES OF ACTION

VIII.

The plaintiff would show unto the court that the defendants are jointly and severally liable to her under the following causes of action:

A. Doing that which reasonable and prudent persons would not do under like or similar circumstances;

B. Failing to do that which reasonable and prudent persons would do under like or similar circumstances;

C. Outrageous Conduct;

D. Intentional Infliction of Emotion Distress;

E. Failing to maintain their premises in a safe and reasonable condition;

F. Any and all other causes of action which may be discovered during the course of discovery or the trial of this matter.

## DAMAGES

IX.

The plaintiff would show unto the court that as a direct result of the defendants' actions/inactions, she sustained serious and grievous bodily injury with resulting past, present, and future mental and physical pain and suffering; past, present, and future medical expenses; past loss wages; and disfigurement, all of which she is entitled to compensation of, from, and against the defendants herein jointly and severally in a sum which the fact finder deems to be reasonable.

X.

The plaintiff would show unto the court that the actions/inactions of the defendants' herein evidence a willful, wanton, and intentional disregard for the rights and sensibilities of the plaintiff and others similarly situated, and due to such conduct on the part of defendants herein, that the plaintiff is entitled to an award of punitive damages.

**WHEREFORE, PREMISES CONSIDERED,** the plaintiff prays that the clerk would accept and file this her complaint, issue process on the defendants herein in accordance with law, and upon a trial hereon that she be awarded compensatory damages in a sum which would reasonably compensate her for her losses sustained, punitive damages, legal interest, and all cost of court incurred herein.

Respectfully submitted on this the 26th day of August, 2021.

CALLIE BROCK

BY: _____
EDWIN L. BEAN, JR., ESQ
Attorney at Law
729 Delaware Ave-39648
P.O. BOX 1322-39649
McComb, MS
(601) 648 7780
(601) 684-7778-Fax
MS Bar No. 2242
ebean@edwinlbean.com