# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CALLIE BROCK**                                                                                           **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:21-cv-115-TBM-RPM**

**JEFFERY WRIGHT** *and*
**KRISTIE WRIGHT**                                                                                       **DEFENDANTS**

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* on the Plaintiff Callie Brock's failure to prosecute. Brock filed this action on September 7, 2021, against Defendants Jeffery and Kristie Wright. Brock claims that on January 29, 2021, while delivering a package on behalf of her employer Federal Express Corporation, the Wright's dog attacked her. The Wrights were served on October 26, 2021, and did not file an answer. Brock filed a Motion for Entry of Default [5] on November 10, 2021, and the Clerk's Entry of Default [6] was filed on November 12, 2021.

The Court conducted a telephonic status conference on May 25, 2022. On October 13, 2022, the Court held a subsequent telephonic status conference and ordered the Plaintiff to submit a written report to Chambers every six months as to the status of Brock's medical treatment, among other relevant information, and to indicate when Brock expected to file a motion for default judgment. Brock has failed to comply with the Court's Order. In fact, to date, no further action has been taken in this case.

Therefore, the Court orders that Brock shall have fourteen (14) days from the date of this Order to show cause, if any she may have, why this matter should not be dismissed for failure to

prosecute or failure to respond to a Court order. Failure to respond may result in dismissal without further notice.

    THIS, the 8th day of February, 2024.

                                                    TAYLOR B. McNEEL
                                                    UNITED STATES DISTRICT JUDGE