IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CALLIE BROCK                                                                                          PLAINTIFF

v.                                         CIVIL ACTION NO.: 2:21-cv-00115-TBM-RPM

JEFFERY WRIGHT AND KRISTIE WRIGHT                                         DEFENDANTS

JURY TRIAL REQUESTED

## MOTION FOR HEARING ON DAMAGES AND ENTRY OF JUDGMENT

**COMES NOW**, the plaintiff, Callie Brock, by and through legal counsel, makes this her Motion for Hearing on Damages and Entry of Judgment in this cause against the defendants, Jeffery Wright and Kristie Wright, and in support thereof would respectfully show unto the court the following, to-wit:

1. That heretofore, on the 7th day of September, 2021, the plaintiff filed her Complaint [Doc#1] in this cause.

2. That the defendants, Jeffery Wright and Kristie Wright, were duly served with a copy of the Summons and Complaint by the Marion County Sheriff's Department on the 30th day of September 2021, [#Doc 3 and 4] and the defendants failed to serve any responsive pleading or otherwise defend against the plaintiff's complaint.

3. On the 12th day of November, 2021, the clerk filed the Entry of Default [Doc#6] in this cause.

4. Now that the fault has been entered, the plaintiff respectfully moves the court for Hearing for assessment of Damages and Entry of Judgment in this cause.

**WHEREFORE, PREMISES CONSIDERED**, the plaintiff, Callie Brock, respectfully moves the court for a Hearing on Damages and Entry of Judgment against the defendants, Jeffery Wright and Kristie Wright.

Respectfully submitted on this the 14th day of February, 2024.

                      CALLIE BROCK

                BY: /s/Edwin L. Bean, Jr.
                    EDWIN L. BEAN, JR.
                    Attorney at Law
                    729 Delaware Avenue (39648)
                    Post Office Box 1322
                    McComb, Mississippi 39649-1322
                    601/684-7780
                    601/684-7778 (fax)
                    MS Bar No. 2242
                    ebean@edwinlbean.com