IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CALLIE BROCK**                                                            **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 2:21-cv-115-TBM-RPM**

**JEFFERY WRIGHT** *and* **KRISTIE WRIGHT**                        **DEFENDANTS**

## FINAL JUDGMENT OF DEFAULT

This matter came before the Court on the Motion for Default Judgment [9] filed by Plaintiff Callie Brock on February 14, 2024. At the telephonic hearing conducted on June 26, 2024, the Court, having considered the pleadings, the record, the oral testimony and exhibits presented at the motion hearing on May 3, 2024, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court concluded that the Motion for Default Judgment [9] is GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff Callie Brock's Motion for Default Judgment [9] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Callie Brock is awarded damages in the amount of $112,912.16 in medical expenses, $54,690.95 in lost wages, and $225,000.00 in pain and suffering, **totaling $392,603.11.**

SO ORDERED AND ADJUDGED, this the 27th day of June, 2024.

                                                            TAYLOR B. MCNEEL
                                                            UNITED STATES DISTRICT JUDGE