IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CALLIE BROCK**                                                                       **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 2:21-cv-115-TBM-RPM**

**JEFFERY WRIGHT** *and*
**KRISTIE WRIGHT**                                                    **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. Beginning February 1, 2026, the Court will retain jurisdiction over this lawsuit for three years for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 8th day of December, 2025.

                                                                   **TAYLOR B. McNEEL**
                                                                  **UNITED STATES DISTRICT JUDGE**